IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL LEE SCHULTZ,

    Plaintiff,

  vs.                                 CIV. NO. 1:17-cv-483-KG-SCY

NANCY A. BERRYHILL,
*Acting Commissioner of*
*Social Security*,

    Defendant.

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO REMAND

Defendant's Unopposed Motion to Remand Matter to the Agency (Doc. 23), filed March 15, 2018, is GRANTED.

This matter is remanded to the Social Security Administration for further administrative proceedings. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g). The clerk shall enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 296 302 (1993).

_____
UNITED STATES DISTRICT JUDGE