IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RACHEL LEE SCHULTZ,

    Plaintiff,

vs.                                         CIV. NO. 1:17-cv-483-KG-SCY

NANCY A. BERRYHILL,
*Acting Commissioner of*
*Social Security*,

    Defendant.

## FINAL ORDER

Pursuant to the order entered concurrently herewith, the Court enters this Final Order pursuant to Rule 58 of the Federal Rules of Civil Procedure and hereby remands this matter to the Commissioner for further proceedings.

_____
UNITED STATES DISTRICT JUDGE